IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC BLAKEMORE, TDOC #332433, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:10-0563 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| RICKY BELL, RMSI, WARDEN, | ) | |
| GEORGE LITTLE, | ) | |
| GAYLE RAY, TDOC COMMISSIONER, | ) | |
| RUBEN HODGE, ASSISTANT | ) | |
| TDOC COMMISSIONER, | ) | |
| DONNA WHITE, DIRECTOR OF | ) | |
| HEALTH SERVICES FOR TDOC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Based upon the hearing and the Defendants' report, this action is **DISMISSED with prejudice**. Any appeal of this action would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___9th___ day of March, 2011.

WILLIAM J. HAYNES, Jr.
United States District Judge